UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, AKA E. J. McELROY,<br><br>Plaintiff,<br><br>v.<br><br>C.H.C.F. WARDEN, et al.,<br><br>Defendants. | No. 2:17-cv-1042 MCE AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 3, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 16. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

ORDERED that:

1. The findings and recommendations filed January 3, 2018, ECF No. 16, are ADOPTED IN FULL.

2. Plaintiff's application for leave to proceed in forma pauperis is DENIED under 28 U.S.C. § 1915(g).

3. Plaintiff is accorded fourteen (14) days from the date of this order to submit the full filing fee ($400.00) in order to proceed with this action.

4. If Plaintiff fails to timely submit the full filing fee, this action will be dismissed without prejudice and without further notice to the parties.

IT IS SO ORDERED.

Dated: February 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE