UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, AKA E. J. McELROY,<br><br>Plaintiff,<br><br>v.<br><br>C.H.C.F. WARDEN, et al.,<br><br>Defendants. | No. 2:17-cv-1042 MCE AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On February 14, 2018, the undersigned denied plaintiff's application for leave to proceed in forma pauperis under 28 U.S.C. § 1915(g) ("three strikes" rule), and directed plaintiff to submit the full filing fee ($400.00) within fourteen (14) days. See ECF No. 19. Plaintiff was informed that failure to timely submit the filing fee would result in the dismissal of this action without prejudice and without further notice to the parties. Id. at 2.

///
///
///

1 | The time for submitting the filing fee has expired and plaintiff has neither submitted the
2 | fee nor otherwise communicated with the court.  Accordingly, IT IS HEREBY ORDERED that
3 | this action is dismissed without prejudice.
4 |     IT IS SO ORDERED.
5 | Dated:  March 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE